UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTONIO L. GREEN,

    Plaintiff,

v.                                       Case No.  5:23-cv-296-MCR-MJF

S. BAKER, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated November 15, 2023. ECF No. 5. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely objections filed.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted. Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 filing and administrative fees.

3. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**